UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| INGINIO HERNANDEZ, | Case No. 2:22-cv-00234-JAD-VCF |
| Plaintiff | ORDER |
| v. | |
| ROMEO ARANAS, *et al.*, | |
| Defendants | |

On July 8, 2022, the Court issued a screening order and granted Plaintiff until August 7, 2022, to file an amended complaint or the case would be dismissed without prejudice. (ECF No. 9 at 8-9). That deadline expired, and Plaintiff has not filed an amended complaint. Instead, on August 1, 2022, Plaintiff filed a motion in response to the Court's screening order. (ECF No. 11). It is unclear what relief Plaintiff seeks in his motion, which is largely incomprehensible.

It appears that Plaintiff may be experiencing difficulty in drafting an amended complaint. Thus, the Court construes Plaintiff's motion as a motion for an extension of time and grants the request. Plaintiff will file the amended complaint on or before Monday, September 19, 2022. If Plaintiff chooses not to file an amended complaint, this action will be subject to dismissal without prejudice. (ECF No. 9 at 8-9).

For the foregoing reasons, it is ordered that Plaintiff's construed motion for an extension of time (ECF No. 11) is granted. Plaintiff will file his amended complaint on or before Monday, September 19, 2022.

It is further ordered that, if Plaintiff fails to timely file his amended complaint, this action may be dismissed without prejudice.

DATED THIS 18th day of August 2022.

_____
UNITED STATES MAGISTRATE JUDGE